## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

TERRY PROCTOR                                                                                          PLAINTIFF
ADC #87410

V.                                         NO. 5:05CV00267 GH/HDY

LARRY NORRIS, *et al.*                                                                          DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's motion to amend his complaint (docket entry #3) is GRANTED.

2. Plaintiff's claims against Defendant James Brown are dismissed, and his name is removed as a party Defendant.

3. Plaintiff's claims against Defendant Terri Brown are dismissed, and her name is removed as a party Defendant.

4. James Banks is added as a party Defendant.

DATED this 28th day of November, 2005.

_____
J. LEON HOLMES *for* GEORGE HOWARD, JR.
UNITED STATES DISTRICT JUDGE